302 U.S. 722
 58 S.Ct. 43
 82 L.Ed. 558
 Elmer W. KELLEY and The General Street Signal Corporation, petitioners,
v.
The CITY OF ATLANTIC CITY and Harry Bacharach.*
 No. 304.
 Supreme Court of the United States
 October 11, 1937
 
 Messrs. Martin Conboy, of New York City, and Harold E. Stonebraker, of Rochester, N. Y., for petitioners.
 
 
 1
 For opinion below, see 89 F.(2d) 659.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.
 
 
 
 *
 Rehearing denied 303 U.S. 666, 58 S.Ct. 520, 82 L.Ed. ——; Second petition for rehearing denied 304 U.S. 588, 58 S.Ct. 1036, 82 L.Ed. ——.